THE PEOPLE OF THE STATE OF NEW YORK ex rel. GRANVILLE DAVIDSON, Appellant, *v.* VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

*Submitted October 6, 1944; decided November 16, 1944.*

*Gerald P. McPhillips* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt, Orrin G. Judd* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.